| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>United States Attorney |
| 2 | DEANNA L. MARTINEZ<br>Assistant United States Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorney's for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CV-01004-OWW-GSA |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE MANDATORY SCHEDULING** |
| v. | ) ) | **CONFERENCE AND ORDER THEREON** |
| 11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN: 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between plaintiff United States of America and Claimant Renatta Carter-Ford, by and through their respective counsel, for the above-entitled forfeiture action, as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. The parties are requesting a continuance of the initial scheduling conference pursuant to the Court's Order Setting Mandatory Scheduling Conference due to the unavailability of plaintiff's counsel on said date. A continuance of the scheduling conference from October 8, 2009 to October 15, 2009, would allow both the government and opposing counsel to be present for the conference.

///

///

///

IT IS SO STIPULATED.

Date: 10/5/2009                    LAWRENCE G. BROWN
                                   United States Attorney

                                   /s/ Deanna L. Martinez
                                   DEANNA L. MARTINEZ
                                   Assistant United States Attorney


Date: 10-2-09                      /s/ Michael J. McGinnis
                                   MICHAEL J. MCGINNIS
                                   Attorney for Claimant Renatta Carter-Ford

                                   (original signature retained by attorney)

**ORDER**

For good cause, IT IS HEREBY ORDERED that the October 8, 2009, scheduling conference is vacated and continued to October 15, 2009 at 8:15 a.m., in Courtroom 3 before District Court Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   October 5, 2009**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE