| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DEANNA L. MARTINEZ<br>Assistant United States Attorney |
| 3 | United States Courthouse, Suite 4401<br>2500 Tulare Street |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CV-01004-OWW-GSA |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SCHEDULING DATES AND ORDER THEREON** |
| v. | ) | |
| 11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | (First Request) |
| Defendant. | ) | |
| Renatta Carter-Ford | ) | |
| Claimant. | ) | |

    Claimant Renatta Carter-Ford and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

    1.    This stipulation is executed by all parties who have appeared in and are affected by this action.

    2.    The parties are requesting an extension of the dates set out in the Scheduling Conference Order due to unavailability of defense counsel on said dates. Since the time of the initial scheduling conference, counsel has been unavailable for depositions and requires additional time to respond to discovery due to pressing business on other cases. This is the Parties' first request for an extension.

3. The following dates are agreed on by the parties:

| Event | Existing Date | Proposed Date |
|---|---|---|
| Discovery Deadline | July 30, 2010 | September 29, 2010 |
| Non-Dispositive Motion Deadline | October 25, 2010 | December 24, 2010 |
| Dispositive Motion Deadline | November 5, 2010 | January 4, 2011 |
| Settlement Conference | January 5, 2010 | March 9, 2010 |
| Pre-Trial Conference | January 11, 2011 | March 14, 2011 |
| Trial | February 15, 2011 | April 19, 2011 |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 12/22/09

/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

Date: 12/17/09

/s/ John F. Garland
JOHN F. GARLAND
Attorney for Claimant Renatta Carter Ford

(original signature retained by attorney)

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   December 22, 2009**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE