BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>APPROXIMATELY $2,770.00 IN US. CURRENCY, and<br><br>2005 CHEVROLET TRUCK,<br>VIN: 2GCEC19T051249989,<br>LICENSE: 7U34478,<br><br>　　　　　Defendants.<br>_____<br><br>Renatta Carter-Ford,<br><br>　　　　　Claimant.<br>_____ | 1:09-CV-01004-OWW-GSA<br><br>**STIPULATION TO CONTINUE SCHEDULING DATES AND ORDER THEREON**<br><br>(Second Request) |

　　　　Claimant Renatta Carter-Ford and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1.　　This stipulation is executed by all litigating parties who have appeared in and are affected by this action.

2. The parties are requesting an extension of the dates set out in the Stipulation to Continue Scheduling Dates and Order Thereon issued December 23, 2009, due to the April 27, 2010, Order Consolidating Cases and attempts to resolve this case. Since the time of the initial scheduling conference, counsel has been attempting to resolve the case through informal means. This is the parties' second request for an extension.

3. The following dates are agreed on by the parties:

| Event | Existing Date | Proposed Date |
|---|---|---|
| Discovery Deadline | September 29, 2010 | January 28 2011 |
| Disclosure of Expert Witnesses | N.A. | March 9, 2011 |
| Disclosure of Rebuttal or Supplemental Expert Witnesses | N.A. | April 8, 2011 |
| Non-Dispositive Motion Deadline | December 24, 2010 | March 24, 2011 |
| Dispositive Motion Deadline | January 4, 2011 | April 4, 2011 |
| Settlement Conference | March 9, 2010 | February 8, 2011 |
| Pre-Trial Conference | March 15, 2011 | June 13, 2011 |
| Trial | April 19, 2011 | July 19, 2011 |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  August 2, 2010         /s/ Deanna L. Martinez
                              DEANNA L. MARTINEZ
                              Assistant United States Attorney

Date: July 29, 2010           /s/ John F. Garland
                              JOHN F. GARLAND
                              Attorney for Claimant Renatta Carter Ford

### ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   August 12, 2010**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE