BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant United States Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>APPROXIMATELY $2,770.00 IN US. CURRENCY, and<br><br>2005 CHEVROLET TRUCK,<br>VIN: 2GCEC19T051249989,<br>LICENSE: 7U34478,<br><br>　　　　　Defendants.<br>_____<br>Renatta Carter-Ford,<br><br>　　　　　Claimant.<br>_____ | 1:09-CV-01004-OWW-GSA<br><br>**STIPULATION TO CONTINUE SCHEDULING DATES AND ORDER THEREON**<br><br>(Third Request) |

　　　Claimant Renatta Carter-Ford and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

///

1.     This stipulation is executed by all litigating parties who have appeared in and are affected by this action.

2.     The parties are requesting an extension of the dates set out in the Stipulation to Continue Scheduling Dates and Order Thereon issued August 13, 2010, due to the unexpected need for new counsel for the United States in this case and the need for additional time to get up to speed and complete discovery.  Additionally, since the time of the initial scheduling conference, defense counsel has been unavailable for depositions and requires additional time to respond to discovery due to pressing business on other cases. This is the parties' third request for an extension.

3.     The following dates are agreed on by the parties:

| Event | Existing Date | Proposed Date |
|---|---|---|
| Discovery Deadline | January 28 2011 | March 28, 2011 |
| Disclosure of Expert Witnesses | March 9, 2011 | May 9, 2011 |
| Disclosure of Rebuttal or Supplemental Expert Witnesses | April 8, 2011 | June 8, 2011 |
| Non-Dispositive Motion Deadline | March 24, 2011 | May 26, 2011 |
| Dispositive Motion Deadline | April 4, 2011 | June 6, 2011 |
| Settlement Conference | February 8, 2011 | April 12, 2011 |
| Pre-Trial Conference | June 13, 2011 | August 22, 2011 |
| Trial | July 19, 2011 | September 20, 2011 |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 1/10/2011     /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney

Date: 1/10/2011     /s/ John F. Garland
JOHN F. GARLAND
Attorney for Claimant Renatta Carter Ford

///

///

///

**ORDER**

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above. NO FURTHER CONTINUANCES.IT IS SO ORDERED.

Dated:   **January 11, 2011**            **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE