```
BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant.<br><br>Renatta Carter-Ford<br><br>Claimant. | 1:09-CV-01004-OWW-GSA<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE HEARING AND ORDER THEREON**<br><br>(First Request) |

     Claimants Renatta Carter-Ford, Bank of America N.A., GMAC Inc. and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

     1.    This stipulation is executed by all parties who have appeared in and are affected by this action.

     2.    The parties are requesting a continuance of the Pre-Trial Conference hearing date set out in the Scheduling Conference Order dated January 12, 2011, to allow the parties time to prepare a full and complete Joint Pre-Trial Statement. This is the Parties' first request for a continuance.

///

3. The parties agree to continue the Pre-Trial Conference hearing from August 22, 2011 to September 6, 2011. The Joint Pre-Trial Statement will be filed on August 29, 2011.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 8/11/2011       /s/ Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney

Date: 8/9/2011        /s/ John F. Garland
JOHN F. GARLAND
Attorney for Claimant Renatta Carter Ford

Dated: August 9, 2011    /s/ Daska P. Babcok
DASKA P. BABCOCK
Attorney for Bank of America N.A.

Dated: 8/11/2011      /s/ Michael D. VanLochem
MICHAEL D. VANLOCHEM
Attorney for GMAC, Inc.

(original signature retained by attorney)

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Pre-Trial Conference hearing is continued to September 6, 2011 at 11:00A.M. before Judge Oliver W. Wanger in courtroom 3 on the 7th floor.

IT IS SO ORDERED.

**Dated:   August 17, 2011**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE