1 BENJAMIN B. WAGNER
United States Attorney
2 ALYSON A. BERG
Assistant United States Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01004-OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO WITHDRAW THE CLAIM AND ANSWER OF GMAC, INC., WITH DEFAULT JUDGMENT** |
| v. | |
| 11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN: 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| APPROXIMATELY $2,770.00 IN U.S. CURRENCY, and | |
| 2005 CHEVROLET TRUCK, VIN: 2GCEC19T051249989, LICENSE: 7U34478, | |
| Defendants. | |

It is hereby stipulated by and between the United States and Claimant GMAC, Inc. as follows:

1. Claimant GMAC, Inc. hereby irrevocably withdraws and releases with prejudice the verified claim and answer it filed in this civil forfeiture action, and consents to entry of default and default judgment against any interest it may hold in the defendant vehicle named as a defendant.

1   2.   Nothing in this Stipulation shall be construed as an admission of
2  liability, fault, or wrongdoing by any party.
3   3.   Each party shall bear his or its own costs and attorneys fees.
4   4.   The parties and their undersigned attorneys agree to execute and
5  deliver such other and further documents as may be required to carry out the terms
6  of this Stipulation.
7   5.   Each person signing this Stipulation warrants and represents that he
8  or it possesses full authority to bind the party on whose behalf he or it is signing to
9  the terms of the Stipulation.
10   6.   Each party warrants and represents that no promises, inducements, or
11  other agreements not expressly contained herein have been made; that this
12  Stipulation contains the entire agreement between the parties; and that the terms
13  of this Stipulation are contractual and not mere recitals.  All prior oral
14  understandings, agreements, and writings are superseded by this Stipulation and
15  are of no force or effect.
16   7.   Each party represents that he or it understands the content of this
17  Stipulation and enters it voluntarily, and has not been influenced by any person
18  acting on behalf of any other party.
19
20  Dated: September 7, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
21
22                                    /s/ Alyson A. Berg
                                     ALYSON A. BERG
23                                   Assistant United States Attorney
24
25  Dated: September 6, 2011          /s/ Michael Vanlochem
                                     MICHAEL VANLOCHEM
26                                   Attorney for Claimant GMAC, Inc.

                                     (original signature retained by attorney)
27
28                                           STIPULATION AND ORDER
                          2                  TO WITHDRAW THE CLAIM AND ANSWER
                                             OF GMAC, INC., WITH DEFAULT JUDGMENT

**ORDER**

IT IS HEREBY ORDERED that the claim and answer of GMAC, Inc. are withdrawn with prejudice, and that a default judgment may be entered against it.

IT IS SO ORDERED.

**Dated:** September 8, 2011                    /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE