BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>APPROXIMATELY $2,770.00 IN US. CURRENCY, and<br><br>2005 CHEVROLET TRUCK, VIN: 2GCEC19T051249989, LICENSE: 7U34478,<br><br>　　　　　Defendants. | 1:09-CV-01004-OWW-GSA<br><br>**ORDER DENYING REQUEST TO SEAL DOCUMENTS** |

The Court, having considered Claimant Renatta Carter-Ford's Request to Seal Documents, and the Plaintiff, United States of America's Opposition to the Request to Seal Documents, the Court finds that Claimant fails to establish compelling reasons for the filing of the Final Order of Forfeiture under seal. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Therefore, Claimant's Request to Seal Documents is DENIED.

///

1   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Final Judgment of Forfeiture shall **not** be filed under seal.

IT IS SO ORDERED

Dated: September 15, 2011    /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge