```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse, Suite 4401
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-CV-01004-OWW-GSA |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER DENYING REQUEST TO SEAL DOCUMENTS** |
| 11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) |
| APPROXIMATELY $2,770.00 IN US. CURRENCY, and | ) |
| 2005 CHEVROLET TRUCK, VIN: 2GCEC19T051249989, LICENSE: 7U34478, | ) |
| Defendants. | ) |

The Court, having considered Claimant Renatta Carter-Ford's Request to Seal Documents, and the Plaintiff, United States of America's Opposition to the Request to Seal Documents, the Court finds that Claimant fails to establish compelling reasons for the filing of the Final Order of Forfeiture under seal. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Therefore, Claimant's Request to Seal Documents is DENIED.

///

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Final Judgment of Forfeiture shall **not** be filed under seal.

IT IS SO ORDERED

Dated: September 15, 2011            /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
                                     United States District Judge