# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 09-1004 LJO GSA |
| Plaintiff, | **NOTICE OF INTENT TO CLOSE ACTION** |
| vs. | |
| 11880 EAST HARVARD AVENUE, etc. | |
| Defendants. | |
| _____ / | |

Given the inactivity in this action, this Court will close this action, unless no later than February 24, 2012, papers are filed and served showing good cause not to close this action.

IT IS SO ORDERED.

**Dated:   February 14, 2012**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE