1

2

3

4

5

6

7

8                         **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

UNITED STATES OF AMERICA,                    CASE NO. CV F 09-1004 LJO GSA

12
                            Plaintiff,        **NOTICE OF INTENT TO CLOSE ACTION**
13          vs.

14   11880 EAST HARVARD AVENUE,
     etc.
15
                            Defendants.
16
     _____ /
17

18          Given the inactivity in this action, this Court will close this action, unless no later than February

19   24, 2012, papers are filed and served showing good cause not to close this action.

20

21

22          IT IS SO ORDERED.

23   **Dated:    February 14, 2012              /s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28

1