# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 09-1004 LJO GSA |
| Plaintiff, | **ORDER REQUIRING CLERK TO PROVIDE COPY OF SEALED DOCUMENT AND REQUIRING BOTH PARTIES TO RESPOND** |
| vs. | |
| 11880 EAST HARVARD AVE., et al. | |
| Defendants. | |

The Court has received and reviewed the Claimant's RESPONSE TO NOTICE TO CLOSE ACTION AND MOTION FOR RETURN OF SEIZED PROPERTY (DOCUMENT 66). This document was ordered temporarily sealed until the Court had had an opportunity to review it for content. IT IS HEREBY ORDERED that:

1. Forthwith, the Clerk of the Court is to provide by email access to Sealed document 66 to the Plaintiff-Government to enable it to respond to this Court's inquiry, below.

2. Within 3 court days, inclusive of the date this order is signed, the Plaintiff-Government in the instant case is to respond to the issue of whether or not the document in question (66) and/or its attachments need to continue to be filed in a sealed form to preserve the confidentiality of the agreement reached in the criminal case of USA v Ford and Carter-Ford, action #09-CR-00217.

3. Within 5 court days, inclusive of the date this order is signed, Respondent is to respond to the following legal issues:

    a. Why, since she is still represented by Counsel, Respondent is claiming to be "In Pro Per" (page 1, line 18, Document 66);

    b. Why, since Respondent is still represented by Counsel, Document 66 should not be stricken from the record;

    c. Why Respondent believes it is appropriate to attempt to file an ex parte document with this Court, without giving notice to the Plaintiff-Government;

    d. Upon what authority an unnoticed motion pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure may be filed, let alone acted upon by this Court by ordering "property be returned immediately" to the Respondent. (page 3, line 23 of document 66).

**Failure to respond to this Order in a timely fashion will result in sanctions.**

IT IS SO ORDERED.

**Dated:   February 27, 2012**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE