IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-01004-LJO-GSA |
| )  Plaintiff, ) | **SEALING ORDER** |
| ) v. ) | |
| 11880 EAST HARVARD AVENUE, ) SANGER, CALIFORNIA, FRESNO ) COUNTY, APN 309-352-02, INCLUDING ) ALL APPURTENANCES AND ) IMPROVEMENTS THERETO, ) | Hon. Lawrence J. O'Neill |
| ) APPROXIMATELY $2,770.00 IN US. ) CURRENCY, and ) | |
| ) 2005 CHEVROLET TRUCK, ) VIN: 2GCEC19T051249989, ) LICENSE: 7U34478, ) | |
| ) Defendants. ) ) | |

The Court hereby GRANTS the United States' request to file under seal the United States' Response to Order Requiring Clerk to Provide Copy of Sealed Document and Requiring Both Parties to Respond and Declaration of Assistant United States Attorney Alyson A. Berg In Support of the United States' Response.

IT IS SO ORDERED.

**Dated:**   February 29, 2012              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1