IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>APPROXIMATELY $2,770.00 IN US. CURRENCY, and<br><br>2005 CHEVROLET TRUCK, VIN: 2GCEC19T051249989, LICENSE: 7U34478,<br><br>　　　　Defendants. | 1:09-CV-01004-LJO-GSA<br><br>**SEALING ORDER**<br><br>Hon. Lawrence J. O'Neill |

The Court hereby GRANTS the United States' request to file under seal the United States' Response to Order Requiring Clerk to Provide Copy of Sealed Document and Requiring Both Parties to Respond and Declaration of Assistant United States Attorney Alyson A. Berg In Support of the United States' Response.

IT IS SO ORDERED.

**Dated:** 　February 29, 2012　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1