1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Claimant
5  RENATTA CARTER-FORD

6
                    IN THE UNITED STATES DISTRICT COURT FOR THE
7
                         EASTERN DISTRICT OF CALIFORNIA
8

9  | UNITED STATES OF AMERICA, | ) | Case No. 1:09-CV-01004 LJO-GSA |

10 |       Plaintiff,           | ) |                                 |

11 |                            | ) | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

12 |       v.                   | ) |

13 | 11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN: 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | ) |

15 |                            | ) |

16 | APPROXIMATELY $2,770.00 IN U.S. CURRENCY; and | ) |

17 | 2005 CHEVROLET TRUCK, VIN: 2GCEC19T051249989, LICENSE: 7U34478, | ) |

19 |                            | ) |

20 |       Defendants.          | ) |

21

22     The Court, having considered Claimant Renattta Carter-Ford's Request To Seal

23 Documents, the Declaration of John F. Garland in Support of Request to Seal Documents and

24 Claimant's Response to Order Requiring Clerk to Provide Copy of Sealed Document and

25 Requiring Both Parties to Respond, the Court finds compelling reasons for the filing of the

26 documents under seal, therefore Claimant's Request To Seal Documents is GRANTED.

27 ///

28 ///

1 | IT IS HEREBY ORDERED that the Claimant's Response to Order Requiring Clerk to
2 | Provide Copy of Sealed Document and Requiring Both Parties to Respond shall be **FILED**
3 | **UNDER SEAL**.
4 | IT IS SO ORDERED.
5 | **Dated:   March 2, 2012**                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE