JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Claimant
RENATTA CARTER-FORD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>11880 EAST HARVARD AVENUE, SANGER, CALIFORNIA, FRESNO COUNTY, APN: 309-352-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;<br><br>APPROXIMATELY $2,770.00 IN U.S. CURRENCY; and<br><br>2005 CHEVROLET TRUCK, VIN: 2GCEC19T051249989, LICENSE: 7U34478,<br><br>    Defendants. | Case No.  1:09-CV-01004 LJO-GSA<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

The Court, having considered Claimant Renattta Carter-Ford's Request To Seal Documents, the Declaration of John F. Garland in Support of Request to Seal Documents and Claimant's Response to Order Requiring Clerk to Provide Copy of Sealed Document and Requiring Both Parties to Respond, the Court finds compelling reasons for the filing of the documents under seal, therefore Claimant's Request To Seal Documents is GRANTED.

///

///

1

1  IT IS HEREBY ORDERED that the Claimant's Response to Order Requiring Clerk to
2  Provide Copy of Sealed Document and Requiring Both Parties to Respond shall be **FILED**
3  **UNDER  SEAL**.
4  IT IS SO ORDERED.
5  Dated:   March 2, 2012                                     /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE