# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 09-1004 LJO GSA |
| Plaintiff, | **ORDER TO STRIKE DOCUMENT 66, TO BAR CLAIMANT CARTER-FORD'S FURTHER EX PARTE COMMUNICATIONS, AND TO CLOSE ACTION** |
| vs. | |
| 11880 EAST HARVARD AVENUE, etc. | |
| Defendants. | |
| _____ / | |

This Court has received and reviewed the parties' responses to this Court's order on the issues of an assertion of In Pro Per representation, striking doc. no. 66, ex parte filings, and unnoticed motions.

This Court finds that claimant Carter-Ford is represented by counsel and may not file her own pleadings that circumvent the in-place legal representation. This Court further finds that the claimant Carter-Ford's submission of such pleadings, especially without notice to other parties to the litigation, and in an ex parte manner violate the Eastern District Local Rules (131) as well the Federal Rules of Civil Procedure, Rule 5.

This Court strikes the improperly filed pleading, doc. no. 66, and closes this action. Should the claimant Carter-Ford violate further rules in this case, she will be subject to an Order to Show Cause In Re Contempt, and face severe monetary sanctions.

1 | Finally, doc. no. 66 will no longer be deemed filed, will only be lodged, and the temporary
2 | sealing order is lifted. This Court denies all relief sought by doc. no. 66.
3 | IT IS SO ORDERED.
4 | **Dated:   March 5, 2012**               /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE